UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
www.flsb.uscourts.gov

**In Re:**                                                    CASE NO.: 10-38586-BKC-EPK
                                                              Chapter 7
**KIM B. CARIO**

        Debtor.
_____/

## TRUSTEE'S OBJECTION TO EXEMPTION

      **Michael R. Bakst**, **Trustee in Bankruptcy for Kim B. Cario,** by and through under signed counsel, hereby files this his Objection to Claimed Exemptions and states:

    1.    On September 23, 2010, the Debtor, **Kim B. Cario** filed this voluntary Chapter 7 bankruptcy proceeding. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

    2.    In the Debtor lists on her Schedule A real property located at Apt. Condo, 1 Garden Street, #101, Tequesta, Fl 33469 valued at $66,000.00. The Debtor lists the Real Property as exempt on her Schedule C in the amount of $66,000.00 pursuant to Fla. Const. art X, §4(a)(1); Fla. Stat. Ann. §222.01, 222.02, and 222.05.

    3.    The Real Property does not have any liens and is valued at $66,000.00 by the Debtor.

    4.    The Debtor testified at her §341 First Meeting of Creditors that she does not live at the Apt/Condo, 1 Garden Street, #101, Tequesta, Fl 33469, has no intention of living there, and only claimed this exemption because the prepetition preparer advised her to do so.

    5.    There is no legal basis to try to claim the benefit of a homestead exemption since the Debtor has already testified she does not live at the Apt/Condo, 1 Garden Street, #101, Tequesta, Fl 33469, has no intention of living there, and only claimed this exemption because the prepetition preparer advised her to do so.

    6.    Accordingly, the Trustee seeks an order from the Court sustaining the Trustee's objection to the claimed exemption on the homestead since the real property is not homestead.

      **WHEREFORE**, the Trustee, **Michael R. Bakst,** by and through undersigned counsel, respectfully requests that the Court enter an order sustaining the Trustee's objection to claimed homestead exemption of the Debtor in Apt/Condo, 1 Garden Street, #101, Tequesta, Fl 33469,

RM:7683914:1

1

plus that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the attached service list, this the _16_ day of _November_, 2010.

RUDEN MCCLOSKY P.A.

MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorney for Trustee
222 Lakeview Ave., Suite 800
West Palm Beach FL 33401
(561) 838-4523
(561) 514-3423 facsimile

emb

## Electronic Mail Notice List

- Michael R Bakst    efilemrb@ruden.com, FL65@ecfcbis.com;Efile2557@ruden.com;Efile2556@ruden.com;Efile2554@ruden.com
- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com
- Samantha R Carr    scarr@dstern.com, bankruptcyecf@dstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

## Manual Notice List

Kim B Cario
9257 SE River Terr
Jupiter, FL 33469

RM:7683914:1