

**ORDERED in the Southern District of Florida on January 06, 2011.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 10-38586-BKC-EPK
                                          Chapter 7
KIM B. CARIO

   Debtor.
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS

THIS MATTER having come before the Court in West Palm Beach, Florida, on the 6th day of January, 2011, pursuant to the Trustee's Objection to Claimed Exemption, the Court having reviewed the motion, having noted that the motion was served upon all parties entitled to receive notice pursuant to Fed. R. Bankr. P. 2002, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Trustee's Objection to Claimed Exemption on the real property listed as

RM:7702324:1

homestead in Apt/Condo, 1 Garden Street, #101, Tequesta, Fl 33469 is **SUSTAINED**.

2.  The Trustee shall be free to administer the real property at Apt/Condo, 1 Garden Street, #L-101, Jupiter, Fl, 33469 for the benefit of the bankruptcy estate.

3.  The Real Property is more specifically described as:

> **Condominium No. 101, Building L, TEQUESTA GARDEN CONDOMINIUM NO. 5, a Condominium according to the Declaration of Condominium recorded in Official Records Book 1848, page 1665, and all amendments thereto, of the Public Records of Palm Beach County, Florida.**

###

Submitted by:
Michael R. Bakst, Esq.
222 Lakeview Ave., Suite 800
West Palm Beach, FL 33401
Telephone (561) 838-4523
Facsimile (561) 514-3423
emb

### Electronic Mail Notice List

- Michael R Bakst    efilemrb@ruden.com, FL65@ecfcbis.com;Efile2557@ruden.com;Efile2556@ruden.com;Efile2554@ruden.com
- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com
- Samantha R Carr    scarr@dstern.com, bankruptcyecf@dstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**

**Kim B Cario**, 9257 SE River Terr , Jupiter, FL 33469
**Lois M. Cario**, 1 Garden Street, #L-101, Tequesta, Fl 33469
**Lois M. Cario**, 1 Garden Street, #L-101, Jupiter, Fl 33469

RM:7702324:1